1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

ROCKY GONZALES,                                    CV F   07-00418 OWW DLB HC

10
                            Petitioner,
                                                   ORDER OF TRANSFER
11
        v.

12

R. KIRKLAND,

13
                            Respondent.
14 _____/

15

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
pursuant to 28 U.S.C. § 2254.
17
        The federal venue statute requires that a civil action, other than one based on diversity
18
jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
19
defendants reside in the same state, (2) a judicial district in which a substantial part of the events
20
or omissions giving rise to the claim occurred, or a substantial part of the property that is the
21
subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if
22
there is no district in which the action may otherwise be brought." 28 U.S.C.  §  1391(b).
23
        In this case, the petitioner is challenging a conviction from Sacramento County, which is
24
in the Eastern District of California, Sacramento Division.  Therefore, the petition should have
25
been filed in the Sacramento Division of this Court.  In the interest of justice, a federal court may
26
transfer a case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a);  Starnes
27
v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
28

1

1        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

2   States District Court for the Eastern District of California, Sacramento Division.

3

4        IT IS SO ORDERED.

5        Dated:    **May 9, 2007**                    /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28