IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROCKY GONZALES,**                                     CIV S-07-0882 MCE DAD P

                                        Petitioner,     **ORDER**

                    **v.**

**R. KIRKLAND,**

                                        Respondent.

        Respondent has requested an extension of time to file a response to petitioner's petition

for writ of habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that respondent's

response to petitioner's petition for writ of habeas corpus be filed on or before May 2, 2008.

DATED: March 27, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gonz0882.111

1