IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCKY GONZALES,** | CIV S-07-0882 MCE DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **R. KIRKLAND,** | |
| Respondent. | |

Respondent has requested a second extension of time to file a response to Petitioner's Petition for Writ of Habeas Corpus.  Good cause appearing, IT IS HEREBY ORDERED that Respondent's April 24, 2008 request for an extension of time is granted.  Respondent shall file a response to Petitioner's Petition for Writ of Habeas Corpus on or before June 1, 2008.

DATED: April 29, 2008.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gonz0882.111(2)